## The Ryder Law Firm, LLC
2701 Univ. Ave. SE, Suite 209 • Minneapolis, MN 55414 • 612.424.3770 • email@theryderlawfirm.com

October 4, 2012

**Via ECF only**

Honorable Patrick J. Schiltz
U.S. District Judge, District of Minnesota
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:   **Notice of Settlement**
      *Urich v. J.C. Christensen & Associates, Inc., et al.*
      USDC Minn Ct. file no. 12-cv-2196 (PJS/LIB)

Dear Judge Schiltz :

This letter is to advise you that the above-referenced matter has been resolved between the parties. The parties will seasonably file a Stipulation/Notice of Dismissal and forward a proposed Order in this case.

Plaintiff anticipates that the Court will retain continuing jurisdiction over the parties and the matter for the sole purpose of enforcing the terms of resolution reached between the parties.

Regards,

Randall P. Ryder
randall@theryderlawfirm.com